IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| IGNITE ENTERPRISE SOFTWARE SOLUTIONS, LLC and IGNITETECH CX SOLUTIONS, LLC<br><br>Plaintiffs,<br><br>v.<br><br>NGDATA US, INC. and NGDATA N.V.,<br><br>Defendants. | C.A. No. 23-cv-1209-JFM<br><br>**FILED UNDER SEAL** |

## ORDER

**AND NOW**, this ___ day of ____, 2024, having considered Defendants' Motion to Compel Production of Materials Responsive to Defendants' First Set of Requests for Production, the Court grants this motion and thereby orders Plaintiffs shall produce materials in their possession, custody, or control responsive to the following discovery requests propounded by Defendants in this matter within 7 days of this order:

a. RFP No. 13, including, for example, materials related to sales and marketing of Ignite's and its predecessors' (*e.g.*, BryterCX's) products during the terms of the asserted patents, including those products referenced in Defendants' *Arctic Cat I* letter.

b. RFP No. 17, including anything Plaintiffs contend relates to secondary indicial of non-obviousness, to the extent Plaintiffs contend any of the asserted claims are not obvious in light of the combinations of prior art Defendants began disclosing on September 27th).

c. RFP No. 21, including, for example, materials showing any of the asserted patents were disclosed to or known by someone associated with Defendants.

1

    d. RFP No. 23, including, for example, evidence of any purported losses of business or other purported damages alleged by Plaintiffs, including evidence about JPMorgan Chase & Co. or Wells Fargo Bank's former relationships with Plaintiffs, whether and why those former customers were/not satisfied with Plaintiffs' products and services, and materials relating to why those customers did not renew their contracts.

    e. RFP No. 27, including, for example, as they relate to products referenced in Defendants' *Arctic Cat I* letter, or products or services Plaintiffs previously provided to JPMorgan Chase & Co. or Wells Fargo Bank.

    f. RFP No. 28, including, for example, as they relate to products referenced in Defendants' *Arctic Cat I* letter, or products or services Plaintiffs previously provided to JPMorgan Chase & Co. or Wells Fargo Bank.

    g. RFP. No. 29, including, for example, as they relate to products referenced in Defendants' *Arctic Cat I* letter or otherwise may be relevant to calculating damages for patent infringement claims made by Plaintiffs.

    h. RFP No. 30, including, Plaintiffs' organization charts reflecting which employees did what and when, founding documents, board member lists, and documents reflecting Plaintiffs' ownership.

    i. RFP No. 31 including, for example, as they relate to products referenced in Defendants' *Arctic Cat I* letter.

    j. RFP No. 32, including, for example, proof of digital marking or product packaging as they relate to products referenced in Defendants' *Arctic Cat I* letter.

    k. RFP No. 39, including, for example, as they relate to separations of former employees of, or contractors to, Plaintiffs or their predecessors that were involved in the former

     JPMorgan Chase & Co. or Wells Fargo Bank relationships (including persons that went to work for Pointillist or Genesys), as well as any communications by Plaintiffs or their predecessors with such persons or Pointillist or Genesys.

l. RFP No. 44, including, for example, Plaintiffs' evaluations of BryterCX's assets prior to their acquisition from BryterCX, Plaintiffs' or its predecessors' business plans and budgets before and after JPMorgan Chase & Co. or Wells Fargo Bank did not renew their contracts, or before or after Plaintiffs lost any employees or other persons they allege were lured away by Defendants, business plans, strategy documents, or presentations that identify any value alleged by Plaintiffs for their alleged trade secrets or confidential information.

m. RFP No. 46.

n. RFP No. 47, including, for example, Plaintiffs' business plans, strategy documents, or presentations that relate to any alleged contracts of Plaintiffs or any interference in such contracts by Defendants or their employees.

o. RFP No. 48, including, for example, Plaintiffs' evaluations of BryterCX's assets prior to acquiring them from BryterCX, Plaintiffs' or its predecessors' business plans and budgets before and after JPMorgan Chase & Co. or Wells Fargo Bank did not renew their contracts, or before or after Plaintiffs lost any employees or other persons they allege were lured away by Defendants.

IT IS HEREBY ORDERED that the motion is GRANTED.

                                                 Honorable John F. Murphy
                                                 United States District Judge