IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **IGNITE ENTERPRISE SOFTWARE SOLUTIONS, LLC,** *et al.* | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO. 23-1209** |
| | : | |
| **NGDATA, US INC.** *et al.* | : | |

## ORDER

**AND NOW**, this 20th day of November 2024, upon considering defendants' motion to compel (DI 115), and following our case management videoconference held yesterday with counsel, it is **ORDERED** defendants' motion to compel (DI 115) is **GRANTED in part**. No later than **December 6, 2024**, Ignite shall complete document production not covered by the ESI Order. By the same date, Ignite shall identify to NGData with specificity any subject matter sought by NGData's document requests that were the subject of the motion to compel (DI 115) that Ignite refuses to search for or produce. After a thorough meet-and-confer, where Ignite will make specific factual representations of burden or other considerations under Rule 26 it deems relevant, NGData may file an appropriate motion to compel to present the issues to the court. Furthermore, by the same date, the parties shall meet and confer to develop a specific plan to proceed under the ESI Order, and if there are areas of disagreement, present those disagreements (and alternative proposed orders) in a letter filed on the docket.

*/s/ John F. Murphy*
**MURPHY, J.**