**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| IGNITE ENTERPRISE SOFTWARE SOLUTIONS, LLC and IGNITETECH CX SOLUTIONS, LLC |  |
| Plaintiffs, | C.A. No. 23-cv-01209-JFM |
| v. | **JURY TRIAL DEMANDED** |
| NGDATA US, INC. and NGDATA N.V., |  |
| Defendants. |  |

<u>**ORDER**</u>

Having considered Defendants' Motion to Redact Portions of the December 17, 2024 Hearing Transcript, it is hereby ORDERED that:

1.    Defendants' Motion is GRANTED;

2.    Any publicly available copies of the transcript held on December 17, 2024, including but not limited to transcripts that are or will be available by remote electronic access, shall be redacted consistent with the redactions set forth in Exhibit B to the Motion; and

3.    The original, unredacted transcript shall remain sealed in accordance with the Protective Order.

SO ORDERED this 27th day of       January       , 2025.

_____
Honorable John F. Murphy
United States District Judge