IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **IGNITE ENTERPRISE SOFTWARE SOLUTIONS, LLC**, *et al.* | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 23-1209 |
| | : | |
| **NGDATA, US INC.** *et al.* | : | |

# **<u>ORDER</u>**

**AND NOW**, this 30th day of January 2025, upon considering the parties' stipulation to stay and extend time (DI 174), it is **ORDERED** the parties' stipulation (DI 174) is **NOT APPROVED**.  Mediation is auspicious, and the parties are free to mutually agree on adjusted discovery deadlines and resubmit a schedule for those dates if desired.  The case dispositive motion deadline will be maintained absent showing of good cause to move it.

_____
**MURPHY, J.**