IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IGNITE ENTERPRISE SOFTWARE SOLUTIONS, LLC and IGNITETECH CX SOLUTIONS, LLC<br><br>    Plaintiffs,<br><br>v.<br><br>NGDATA, US INC. and NGDATA N.V.,<br><br>    Defendants. | C.A. No. 23-cv-01209-JFM<br><br>**JURY TRIAL DEMANDED** |

**AGREED MOTION AND PROPOSED ORDER TO
EXTEND CERTAIN DEADLINES**

IT IS HEREBY AGREED by the undersigned attorneys for the respective parties (the "Parties"), subject to the approval of the Court, that the following upcoming deadlines set forth in the Scheduling Order (D.I. 53) and the Court's Orders on discovery issues (D.I. 127, 148, 165 and 168) be amended as follows to facilitate allowing the parties to finalize resolution of this matter:

| Deadline | Current | Proposed |
|---|---|---|
| Parties' compliance with Court's discovery orders (D.I. 127, 148, 165 and 168) | March 14, 2025 | April 4, 2025 |
| Document production deadline | April 11, 2025 | April 17, 2025 |
| Fact discovery cutoff | May 30, 2025 | June 6, 2025 |
| Initial expert reports | June 6, 2025 | June 20, 2025 |
| Rebuttal expert reports | July 2, 2025 | July 18, 2025 |
| Reply expert reports | July 25, 2025 | August 1, 2025 |
| Completion of expert depositions | August 15, 2025 | August 22, 2025 |
| Case dispositive motions | September 5, 2025 | September 5, 2025 (Unchanged) |

RLF1 32561922v.1

| RICHARDS, LAYTON & FINGER, P.A. | FISH & RICHARDSON P.C. |
|---|---|
| By: */s/ Katharine L. Mowery* <br> Travis S. Hunter (#5350) <br> Katharine L. Mowery (#5629) <br> Gabriela Z. Monasterio (#7240) <br> 920 N. King Street <br> Wilmington, DE 19801 <br> (302) 651-7700 <br> hunter@rlf.com <br> mowery@rlf.com <br> monasterio@rlf.com <br><br> Conor M. Civins <br> Michael Chibib <br> BRACEWELL LLP <br> 111 Congress Ave. Suite 2300 <br> Austin, Texas 78701 <br> (512) 472-7800 <br> conor.civins@bracewell.com <br> michael.chibib@bracewell.com <br><br> *Attorneys for Plaintiffs Ignite Enterprise Software Solutions, Inc. and IgniteTech CX Solutions, LLC* | By: */s/ Warren K. Mabey, Jr.* <br> Warren K. Mabey, Jr. (#5775) <br> 222 Delaware Avenue, 17th Floor <br> Wilmington, DE 19801 <br> (302) 652-5070 <br> mabey@fr.com <br><br> Bret T. Winterle <br> Carl E. Bruce <br> Michael A. Vincent <br> 1717 Main Street, Suite 5000 <br> Dallas, Texas 75201 <br> (214) 747-5070 <br> winterle@fr.com <br> bruce@fr.com <br> vincent@fr.com <br><br> *Attorneys for Defendant NGDATA US, Inc. and NGDATA N.V.* |

SO ORDERED this  17th  day of    March   , 2025.

_____
Honorable John F. Murphy